UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., et al., | ) ) ) |
| Plaintiff, | ) Civil No.: 3:14-cv-00063-GFVT ) ) |
| v. | ) **JUDGMENT** ) |
| DR. TERRY HOLIDAY, et al., | ) ) ) |
| Defendants. | ) ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered and Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**;

2. Judgment is **ENTERED** in favor of Defendants; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 29th day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge